**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA, for the
use and benefit of JACK DANIELS
CONSTRUCTION, INC.,

    Plaintiff,

v.                                   Case No: 8:12-cv-2921-T-24TBM

LIBERTY MUTUAL INSURANCE
COMPANY and SAFECO INSURANCE
COMPANY OF AMERICA,

    Defendants.

---

**ORDER**

This cause comes before the Court on Defendants' Motion to Compel Mediation (Dkt. 22) and Plaintiff's response in opposition (Dkt. 24).

Upon review of the motion to compel mediation and response in opposition, the Court denies the motion. Based on Plaintiff's representations that it has twice participated in mediation with Defendants regarding the same claims at issue in this case, the Court finds that compelling additional mediation will not make it more likely that the parties will resolve the pending claims. Furthermore, Plaintiff has alleged the costs of a third mediation will create an unnecessary burden to them. Accordingly, it is **ORDERED** and **ADJUDGED** that Defendants' Motion to Compel Mediation (Dkt. 22) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 20th day of August, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties